United States Courts
Southern District of Texas
FILED

FEB 20 2019

David J. Bradley, Clerk of Court

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 19- |
| | * | |
| v. | * | |
| | * | |
| | * | Violation: |
| MICHAEL ANDREW MCCANN | * | 18 USC § 152(3) |
| | * | |

INDICTMENT

19 CR 129

THE GRAND JURY CHARGES:

COUNT ONE

On or about March 5, 2014, in the Southern District of Texas, the defendant,

**MICHAEL ANDREW MCCANN,**

knowingly and fraudulently made material false declarations and statements, under the penalty of perjury, as permitted under Section 1746 of Title 28 of the United States Code, in and in relation to cases under Title 11 of the United States Code, specifically, In re Michael A. McCann, Case No. 14-80094 and In re Michael A. McCann, Case No. 14-31348, by filing and causing to be filed various Schedules with the Bankruptcy Court, on which he made false statements, including but not limited to, those described below.

1. On Schedule B, Personal Property (which required him to list all personal property of whatever kind): question 1, he had no cash on hand; question 2, he had no checking, savings or other financial accounts; question 24, he had no customer lists or other compilations containing personally identifiable information; and question 25, he had no automobiles, trucks, trailers, other vehicles and accessories; and

2. on Schedule I, Current Income of Individual Debtor(s), line 7, he had zero regular income from operation of business, or profession or farm.

All in violation of Title 18, United States Code, Section 152(3).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF TEXAS

RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
TAX DIVISION

BY: _____
Terri-Lei O'Malley
Trial Attorney

_____
Jen E. Ihlo
Senior Litigation Counsel
Tax Division